**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO: 8:98-cr-228-T-26EAJ

ANTONIO ROBINSON
#38955-018
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the United States Probation Office's Supplemental Presentence Report ordered by the Court at Dkt. [1271] , as well as the parties' Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines at Dkt. [1288], it is **ORDERED AND ADJUDGED** as follows:

1)   The Court finds that Defendant is eligible and suitable for a reduction in his base offense level pursuant to Amendments 706 and 711 of the United States Sentencing Guidelines.

2)   The Court hereby reduces Defendant's sentence as to Count One from a period of 151 months to a period of 140 months.

3)   The Judgment in a Criminal Case [Dkt. 922] and the Amended Judgment [Dkt. 1158] are amended to reflect this reduction.

**DONE AND ORDERED** at Tampa, Florida, on March 28, 2008.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
U.S. Probation
U.S. Marshal
Bureau of Prisons